LANSCO CORPORATION, Appellant, v EAST 92ND ST. OF-

FICE CORP., Respondent.— Con-
cur—Kupferman, J. P., Milonas, Kassal, Wallach and Rubin,
JJ.